■ ARLENE DIDLEY, Appellant-Respondent, v RAYMOND F. DIDLEY, Respondent-Appellant. (Appeal No. 1.) [605 NYS2d 991] —Appeals unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeals from Order of Supreme Court, Erie County, Whelan, J.— Spousal Maintenance.) Present—Pine, J. P., Lawton, Fallon, Doerr and Davis, JJ.